

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

November 4, 2015

*Via Email and CM/ECF*

Hon. Michael E. Wiles
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 617
New York, New York 10004-1408

      Re:   *In re Kenneth Ira Starr, et al.*
              *Chapter 7 Case No. 11-10219*
              *Robert Geltzer, as Trustee for the Estate of Kenneth Ira Starr, et al.*
              *v. Annalou Leibovitz a/k/a Annie Leibovitz, Leibovitz Studio, Inc., 305-307 West 11th Street LLC, and 311 West 11th Street LLC*

Dear Judge Wiles:

      I write to confirm in connection with conversations we have had with your Law Clerk, Lorraine Echevarria, and upon the direction of Your Honor and the consent of all parties, that the return date on the Defendants' motion to dismiss the Complaint of Plaintiff in the above adversary proceeding has been adjourned to December 2, 2015, at 10:00 am.

      Thank you.

                                            Respectfully submitted,

                                            **TARTER KRINSKY & DROGIN LLP**

                                            s/ Robert A. Wolf

                                            Robert A. Wolf

cc:      Jeffrey Chubak, Esq. (via CM/ECF)
           Avery Samet, Esq. (via CM/ECF)

{Client/007357/BANK828/01019094.DOCX;1 }