**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>KENNETH IRA STARR, *et al.*,<br><br>     Debtors. | Chapter 7<br><br>Case No. 11-10219 (MEW)<br><br>Jointly Administered<br><br>Substantively Consolidated |
| ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF KENNETH IRA STARR, STARR & COMPANY, LLC, and STARR INVESTMENT ADVISORS, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>ANNALOU LEIBOVITZ a/k/a ANNIE LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-307 WEST 11th STREET LLC, and 311 WEST 11th STREET LLC,<br><br>     Defendants. | Adv. Pro. No. 14-2446 (MEW) |

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

A hearing was held on defendants' motion to dismiss plaintiff's complaint on December 2, 2015. Based on the papers submitted by the parties and for reasons stated on the record of the hearing, it is hereby ORDERED:

  1.  The motion is granted, without prejudice to plaintiff's right to amend the complaint.

  2.  Any amended complaint shall be filed by January 8, 2015.

  3.  The parties shall appear for a pretrial conference on January 13, 2015 at 10:00 a.m.

Dated: December 3, 2015
   New York, New York

                     **s/Michael E. Wiles**
                     Hon. Michael E. Wiles
                     United States Bankruptcy Judge