**TARTER KRINSKY & DROGIN LLP**
*Substitute Special Litigation Counsel to the Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(Tel) 212.216.8000
(Fax) 212.216.8001
Robert A. Wolf, Esq.
Gregory J. Skiff, Esq.
rwolf@tarterkrinsky.com
gskiff@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

KENNETH IRA STARR, *et al.*,

                Debtors.
-------------------------------------------------------------x
ROBERT L. GELTZER, AS CHAPTER 7
TRUSTEE OF KENNETH IRA STARR, STARR &
COMPANY, LLC, AND STARR INVESTMENT
ADVISORS, LLC,

                Plaintiff,

    v.

ANNALOU LEIBOVITZ a/k/a
ANNIE LEIBOVITZ,
LEIBOVITZ STUDIO, INC.,
305-307 WEST 11TH STREET LLC, and
311 WEST 11TH STREET LLC,

                Defendants.
-------------------------------------------------------------x

Chapter 7

Case No. 11-10219 (MEW)

Jointly Administered
Substantively Consolidated

Adv. Pro. No. 14-02446 (MEW)

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

Sheree Nobles, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Fairfield, State of Connecticut.

On January 8, 2016 I caused to be served a true copy of **First Amended Complaint** via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the attorneys for the Defendants listed below:

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

      s/ Sheree Nobles
      Sheree Nobles

Sworn to before me this  12th
day of January, 2016

 s/ Cecilia Vazquez
Notary Public, State of New York
No. 01VA6218262
Qualified in Queens County
Commission Expires 03/22/18