**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 Case No. 11-10219 (MEW) |
| KENNETH IRA STARR, *et al.*, | Jointly Administered |
| Debtors. | Substantively Consolidated |
| ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF KENNETH IRA STARR, STARR & COMPANY, LLC, and STARR INVESTMENT ADVISORS, LLC, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 14-2446 (MEW) |
| ANNALOU LEIBOVITZ a/k/a ANNIE LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-307 WEST 11th STREET LLC, and 311 WEST 11th STREET LLC, | |
| Defendants. | |

### *FIRST AMENDED* STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS *AMENDED* COMPLAINT

This *first amended* stipulation and order is entered into among plaintiff and defendants in the above-referenced adversary proceeding ("Plaintiff" and "Defendants," respectively), by and through their undersigned attorneys.

### RECITALS

A.  On January 12, 2016, Plaintiff filed his first amended complaint in the above-referenced adversary proceeding [ECF No. 16] (the "Complaint").

B.  At a pretrial conference held January 13, 2016, Defendants stated they intended to move to dismiss the Complaint.

C.  A briefing schedule on Defendants' contemplated motion was set by stipulation and order, entered January 27, 2016 [ECF No. 19].

D.  The parties have agreed to modify the briefing schedule as set forth below.

## **STIPULATION**

1. Defendants' deadline for filing and serving a motion to dismiss the Complaint shall be March 9, 2016.

2. Plaintiffs' deadline for filing and serving an opposition to Defendants' motion shall be March 30, 2016.

3. Defendants' deadline for filing and serving a reply in support of their motion shall be April 6, 2016.

4. A hearing on Defendants' motion shall be held on April 13, 2016 at 10:00 a.m. (EST).

5. This stipulation and order shall not constitute a waiver of any claim or defense the parties may assert.

Dated: February 12, 2016
       New York, New York

| TARTER KRINSKY & DROGIN LLP | STORCH AMINI & MUNVES PC |
|---|---|
| /s/ Gregory Skiff | /s/ Jeffrey Chubak |
| Robert A. Wolf | Bijan Amini |
| Gregory J. Skiff | Avery Samet |
| 1350 Broadway, 11th Floor | Jeffrey Chubak |
| New York, New York 10018 | 2 Grand Central Tower |
| (212) 216-8000 | 140 East 45th Street, 25th Floor |
|  | New York, New York 10017 |
| *Attorneys for Plaintiff* | (212) 490-4100 |
|  | *Attorneys for Defendants* |

So ordered this February 16, 2016.

                                                 **s/Michael E. Wiles**
                                               Honorable Michael E. Wiles
                                               United States Bankruptcy Judge