**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> KENNETH IRA STARR, *et al.*, <br><br> Debtors. <br> ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF KENNETH IRA STARR, STARR & COMPANY, LLC, and STARR INVESTMENT ADVISORS, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> ANNALOU LEIBOVITZ a/k/a ANNIE LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-307 WEST 11th STREET LLC, and 311 WEST 11th STREET LLC, <br><br> Defendants. | Chapter 7 Case No. 11-10219 (MEW) <br><br> Jointly Administered <br><br> Substantively Consolidated <br><br><br><br><br><br><br><br> Adv. Pro. No. 14-2446 (MEW) |

### *SECOND AMENDED* STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS *AMENDED* COMPLAINT

This *second amended* stipulation and order is entered into among plaintiff and defendants in the above-referenced adversary proceeding ("Plaintiff" and "Defendants," respectively), by and through their undersigned attorneys.

### RECITALS

A.   On January 12, 2016, Plaintiff filed his first amended complaint [ECF No. 16] (the "Complaint").

B.   At a pretrial conference held January 13, 2016, Defendants stated they intend to move to dismiss the Complaint.

C.   A briefing schedule on Defendants' contemplated motion was set by stipulation and order, entered January 27, 2016 [ECF No. 19].

D.   The parties have agreed to modify the briefing schedule as set forth below.

**STIPULATION**

1. Defendants' deadline for filing and serving a motion to dismiss the Complaint shall be March 16, 2016.

2. Plaintiffs' deadline for filing and serving an opposition to Defendants' motion shall be April 6, 2016.

3. Defendants' deadline for filing and serving a reply in support of their motion shall be April 13, 2016.

4. A hearing on Defendants' motion shall be held on April 20, 2016 at 10:00 a.m.

5. This stipulation and order shall not constitute a waiver of any claim or defense the parties may assert.

Dated: March 2, 2016
New York, New York

TARTER KRINSKY & DROGIN LLP

/s/ Gregory Skiff
Robert A. Wolf
Gregory J. Skiff
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000

*Attorneys for Plaintiff*

STORCH AMINI & MUNVES PC

/s/ Jeffrey Chubak
Bijan Amini
Avery Samet
Jeffrey Chubak
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Defendants*

So ordered this March 3, 2016.

**s/Michael E. Wiles**
Honorable Michael E. Wiles
United States Bankruptcy Judge