**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                                              :    **Case No. 11-10219 (MEW)**
                                                                                        :
**KENNETH IRA STARR,** *et al.*,                              :    **Chapter 7**
                                                                                        :
                                                                                        :    **Jointly Administered**
                                      Debtors.                         :    **Substantively Consolidated**
------------------------------------------------------------x
**ROBERT L. GELTZER, AS CHAPTER 7**           :
**TRUSTEE OF KENNETH IRA STARR,**            :
**STARR & COMPANY, LLC, AND STARR**       :
**INVESTMENT ADVISORS, LLC,**                        :
                                                                                        :    **Adv. Pro. No. 14-02446 (MEW)**
                                      Plaintiff,                           :
                                                                                        :
            v.                                                                    :
                                                                                        :
**ANNALOU LEIBOVITZ a/k/a**                               :
**ANNIE LEIBOVITZ,**                                                :
**LEIBOVITZ STUDIO, INC.,**                                   :
**305-307 WEST 11TH STREET LLC, and**         :
**311 WEST 11TH STREET LLC,**                         :
                                                                                        :
                                      Defendants.                   :
------------------------------------------------------------x

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS
COUNTS 3, 4, AND 5 OF THE TRUSTEE'S AMENDED COMPLAINT**

Upon hearing and consideration of the motion filed in this adversary proceeding by Defendants Annalou Leibovitz a/k/a Annie Leibovitz, Leibovitz Studio, Inc., 305-307 West 11th Street LLC, and 311 West 11th Street LLC (collectively, "Defendants"), seeking dismissal of counts 3, 4, and 5 of the First Amended Complaint of Plaintiff Robert L. Geltzer, as Chapter 7 trustee of Kenneth Ira Starr, Starr and Company, LLC and Starr Investment Advisors, LLC; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that Defendants' motion to dismiss counts 3, 4, and 5 of the First Amended

{Client/007357/BANK828/01108321.DOC;1 }

Complaint is denied; and it is further

**ORDERED**, that Defendants shall serve an answer to the First Amended Complaint within 14 days of the date of entry this Order.

Dated: New York, New York
       April 22, 2016

                                        **s/Michael E. Wiles**
                                        Honorable Michael E. Wiles
                                        United States Bankruptcy Judge