**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

In re:                                                                  :      **Case No. 11-10219 (MEW)**
                                                                        :
**KENNETH IRA STARR,** *et al.*,                                        :      **Chapter 7**
                                                                        :      **Jointly Administered**
                                            Debtors.[1]                 :      **Substantively Consolidated**

-------------------------------------------------------------------------x

**ROBERT L. GELTZER**, **AS CHAPTER 7 TRUSTEE**      :
**OF KENNETH IRA STARR, STARR & COMPANY,**           :
**LLC, AND STARR INVESTMENT ADVISORS, LLC,**         :
                                                                        :
                                            Plaintiff,                  :      **Adv. Pro. No.**
                                                                        :      **14-02446 (MEW)**
            v.                                                          :
                                                                        :
**ANNALOU LEIBOVITZ a/k/a**                                             :
**ANNIE LEIBOVITZ,**                                                    :
**LEIBOVITZ STUDIO, INC.,**                                             :
**305-307 WEST 11TH STREET LLC, and**                                   :
**311 WEST 11TH STREET LLC,**                                           :
                                                                        :
                                                                        :
                                            Defendants.                 :
                                                                        :
                                                                        :
-------------------------------------------------------------------------x

## SCHEDULING ORDER

In accordance with the schedule set forth by the Court at pre-trial conferences held in this

adversary proceeding on April 20, 2016 and May 10, 2016, it is hereby

ORDERED, that, the parties shall complete discovery in this adversary proceeding by

September 30, 2016; and it is further

---

[1]        The Debtors in these cases and the case number assigned to each of the Debtors are as follows:  Kenneth
Ira Starr (11-10219 (ALG)); Starr & Company, LLC (11-10637 (ALG)); and Starr Investment Advisors, LLC (11-
10639 (ALG)).

ORDERED, that on or before May 13, 2016 the parties shall set a date for the deposition

of Defendant Annalou Leibovitz, and absent an agreement on a date certain, the parties shall

contact the Court to set a date; and it is further

ORDERED, that the next Pre-trial Conference will be held on October 6, 2016 at 10:00

a.m.


Dated: New York, New York
       May 11, 2016


                                        **s/Michael E. Wiles**
                                        **HONORABLE MICHAEL E. WILES**
                                        **UNITED STATES BANKRUPTCY JUDGE**