**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>KENNETH IRA STARR, *et al.*,<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 11-10219 (MEW)<br><br>Jointly Administered<br><br>Substantively Consolidated |
| ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF KENNETH IRA STARR, STARR & COMPANY, LLC, AND STARR INVESTMENT ADVISORS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANNALOU LEIBOVITZ a/k/a ANNIE LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-307 WEST 11th STREET LLC, and 311 WEST 11th STREET LLC,<br><br>　　　　　　Defendants. | Adv. Pro. No. 14-2446 (MEW) |

## STIPULATION AND AGREED ORDER

　　Plaintiff and Defendants in this adversary hereby stipulate and agree as follows, subject to Court approval:

　　WHEREAS, Kenneth Ira Starr is presently "confined in prison" within the meaning of Fed. R. Civ. P. 30(a)(2)(B);

　　WHEREAS, his scheduled release date is December 8, 2016, which is more than two months after the September 30, 2016 deadline for the parties to complete discovery in this adversary proceeding under that certain Scheduling Order, entered May 11, 2016;

　　WHEREAS, Kenneth Ira Starr has personal knowledge of information responsive to the parties' respective claims and defenses; and

WHEREAS, the parties have consented to this Court granting leave to Defendants to depose Kenneth Ira Starr;

NOW THEREFORE, is hereby ORDERED:

1. Leave is hereby granted to Defendants to depose Kenneth Ira Starr pursuant to Fed. R. Civ. P. 30(a)(2)(B).

2. Defendants are authorized to proceed to arrange or to compel the deposition in the manner authorized by the applicable laws and rules.

Dated: September 9, 2016
New York, New York

**s/Michael E. Wiles**
Honorable Michael E. Wiles
United States Bankruptcy Judge

AGREED this September 9, 2016:

| TARTER KRINSKY & DROGIN LLP | STORCH AMINI & MUNVES PC |
|---|---|
| /s/ Robert A. Wolf | /s/ Jeffrey Chubak |
| Robert A. Wolf | Bijan Amini |
| Christopher P. Tumulty | Avery Samet |
| 1350 Broadway, 11th Floor | Jeffrey Chubak |
| New York, New York 10018 | 140 East 45th Street, 25th Floor |
| (212) 216-8000 | New York, New York 10017 |
| | (212) 490-4100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |