**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>KENNETH IRA STARR, *et al.*,<br><br>    Debtors. | Chapter 7<br><br>Case No. 11-10219 (MEW)<br><br>Jointly Administered<br><br>Substantively Consolidated |
| ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF KENNETH IRA STARR, STARR & COMPANY, LLC, AND STARR INVESTMENT ADVISORS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNALOU LEIBOVITZ a/k/a ANNIE LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-307 WEST 11th STREET LLC, and 311 WEST 11th STREET LLC,<br><br>    Defendants. | Adv. Pro. No. 14-2446 (MEW) |

### *AMENDED* SCHEDULING ORDER

Plaintiff and Defendants in this adversary proceeding hereby stipulate and agree as follows:

WHEREAS, Plaintiff deposed Defendant Annie Leibovitz on September 13, 2016;

WHEREAS, the parties wish to depose each other's accountant prior to the completion of discovery, and scheduling restraints preclude the parties from doing so prior to September 30, 2016, the current deadline for completing discovery; and

WHEREAS, on September 20, 2016, District Judge Deborah A. Batts, who presided over the criminal proceeding against Jonathan Bristol, denied a request for relief made on September 8, 2016 by Defendants in furtherance of their efforts to take discovery from Mr. Bristol, and Defendants desire further time to attempt to take discovery from him;

Now therefore, it is hereby ORDERED:

1. The deadline for the parties to complete discovery in this adversary proceeding is hereby extended to November 30, 2016.

2. The parties shall schedule an additional pretrial conference promptly following the completion of discovery at a mutually agreeable date and time.

Dated: September 21, 2016
       New York, New York

| TARTER KRINSKY & DROGIN LLP | STORCH AMINI & MUNVES PC |
|---|---|
| /s/ Robert A. Wolf | /s/ Jeffrey Chubak |
| Robert A. Wolf | Bijan Amini |
| Christopher Tumulty | Avery Samet |
| 1350 Broadway, 11th Floor | Jeffrey Chubak |
| New York, New York 10018 | 140 East 45th Street, 25th Floor |
| (212) 216-8000 | New York, New York 10017 |
|  | (212) 490-4100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

So ordered this September 22, 2016.

                                      **s/Michael E. Wiles**
                                      Honorable Michael E. Wiles
                                      United States Bankruptcy Judge