UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KENNETH IRA STARR, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 11-10219 (MEW)<br><br>Jointly Administered<br><br>Substantively Consolidated |
| ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF KENNETH IRA STARR, STARR & COMPANY, LLC, AND STARR INVESTMENT ADVISORS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ANNALOU LEIBOVITZ a/k/a ANNIE LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-307 WEST 11th STREET LLC, and 311 WEST 11th STREET LLC,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 14-2446 (MEW) |

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the pretrial conference scheduled for October 6, 2016 at 10:00 a.m. has been adjourned to December 7, 2016 at 10:00 a.m.

Dated: October 5, 2016
　　　　New York, New York

STORCH AMINI & MUNVES PC

/s/ Jeffrey Chubak
Bijan Amini
Avery Samet
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Defendants*