Donald E. Showalter
Glenn M. Hodge
Gregory T. St. Ours
Charles F. Hilton
Daniel L. Fitch
Thomas E. Ullrich
Stephan W. Milo
Humes J. Franklin, III
Jeffrey R. Adams

# WHARTON ALDHIZER & WEAVER<sup>PLC</sup>

## ATTORNEYS AT LAW

Lauren R. Darden
George H. Roberts, Jr.
P. Marshall Yoder
Derek J. Brostek
Matthew W. Light
James L. Johnson
Matthew Von Schuch
Ashley H. Waterbury

THE AMERICAN HOTEL
125 SOUTH AUGUSTA STREET
SUITE 2000
STAUNTON, VIRGINIA 24401
WWW.WAWLAW.COM

TELEPHONE
STAUNTON (540) 885-0199
HARRISONBURG (540) 434-0316
LEXINGTON (540) 463-3691

FAX (540) 213-0390

WRITER'S DIRECT DIAL: (540) 213-7440
WRITER'S E-MAIL: SMILO@WAWLAW.COM

*Reply to the Staunton office*

November 6, 2015

Vito Genna, Clerk
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-14008

In Re:  Ames Department Stores, Inc., et al., Case No. 01-42217 (REG)

Dear Mr. Genna:

Please allow this letter to serve as my written request to be removed from the electronic and U.S. mail service list in the above-referenced matter in connection with my representation of several adversaries.

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*Stephan W. Milo*

Stephan W. Milo